UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCIS J. FLYNN, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV2069 HEA |
| | ) | |
| MAZDA MOTOR OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that a settlement hearing is set in this matter for Monday,

October 3, 2011, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 28th day of September, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE